UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LAMADRIZ MERCHAN,<br>Petitioner,<br>v.<br>WARDEN, CENTRAL VALLEY ANNEX DETENTION FACILITY,<br>Respondent. | Case No. 1:26-cv-07959-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 11.) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 23, 2026, the magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted. (Doc. No. 11.) Specifically, the magistrate judge concluded that petitioner's removal order became final on March 18, 2026, that petitioner has been detained in excess of seven months, that there is no significant likelihood of petitioner's removal in the foreseeable future, and accordingly that petitioner was entitled to release pursuant to the Supreme Court's reasoning in *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 3–5.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days of service. (*Id.* at 5.) On October 26, 2026, respondent filed objections to the findings and recommendations,

which are comprised of a single sentence stating that respondent objects for the reasons stated in its prior briefing. (Doc. No. 12.) These objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on October 23, 2026 (Doc. No. 11) are ADOPTED in full;
2. Petitioner's petition for writ of habeas corpus, (Doc. No. 1) is GRANTED as follows:
   a. Respondent is ORDERED to immediately release petitioner Joel Lamadriz Merchan, A-File No. 203-494-087;
   b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without notice and a pre-deprivation hearing before an immigration judge;
3. The Clerk of Court is directed to serve Central Valley Annex Detention Facility with a copy of this order; and
4. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE